DAVIESS CIRCUIT COURT
DIVISION NO. I
CASE NO. 15-CI-990

FILED
NOV 02 2015
SUSAN W. TIERNEY, CLERK
BY:__________ D.C.

RUTH RAHM
2810 ROYAL DRIVE,OWENSBORO,KY
VS.

PLAINTIFF,

TARGET CORPORATION
SERVE CT CORP. SYSTEMS
306 W. MAIN STREET, SUITE 512
FRANKFORT, KY 40601

DEFENDANT.

## COMPLAINT

COMES the plaintiffs, Ruth Rahm, and for her cause of action herein state as follows;

1. Plaintiff, Ruth Rahm, is a resident of the City of Owensboro, County of Daviess, and State of Kentucky.
2. Defendant, Target Corporation, is, and at all times herein mentioned was, a corporation duly organized and existing under the laws of the State of Kentucky engaged in operating retail department stores in the state. The agent for services of processes is CT Corp. Systems 306 W. Main Street, Suite 512, Frankfort, KY 40601.
3. At all times herein mentioned, defendant owned and operated a retail department store in Owensboro, KY located at 5151 Frederica Street.
4. During the afternoon of June 12, 2015 defendant negligently permitted a shopping cart owned by defendant, and placed in front of defendant's store, to remain in an area where customers regularly walked.

5. On the aforementioned date plaintiff, after completing her shopping in the defendant's store, departed the store at an area near said shopping cart. As plaintiff approached her vehicle said cart rolled at great speed striking the plaintiff with great force and violence in the back of her leg.

6. The defendant knew, or should have known, that unless vigilance was used, shopping carts not properly secured could strike customers. Said cart had been unsecured for such a period of time immediately preceding the happening of the accident that persons of ordinary prudence should have known of the same, and in the exercise of ordinary care would have had a reasonable opportunity to remedy the same, prior to the happening of the accident herein alleged.

7. The defendant failed and omitted to remove said cart or the take any precaution to prevent injury to plaintiff and other invitees. The accident and injuries hereinafter alleged were proximately caused by the negligence of the defendant in permitting its shopping cart to remain in a location where it could be caused by wind or other foreseeable circumstances to result in striking its customers and in failing to take reasonable precautions to prevent injury to the plaintiff.

8. As a proximate result of the aforesaid negligence of the defendant, plaintiff sustained a fracture to her leg and damage to the nerves therein resulting in a loss of feeling in said leg, to plaintiff's damage in excess of this Court's jurisdictional limits.

9. As a further proximate result of her injury and of the aforesaid negligence of the defendant, plaintiff was forced to secure medical attention, and continues to do so, and has endured great pain and suffering. Plaintiff will continue to endure great pain and suffering in the future, all to plaintiff's further damage in excess of this Court's jurisdictional limits.

WHEREFORE, the plaintiff respectfully demands a judgment against defendant in excess of this Court's jurisdictional limits, as set out above, for a trial by jury, and any other relief to which she may be entitled.

DATED this the 29 day of October, 2015.

MICHAEL D. WARD
Counsel for Plaintiff
806 Poplar Street
P.O. Box 83
Benton, KY 42025
(270) 527-0026